✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                                 DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,                                    **APPEARANCE**

      v.

RAUL VILLAVICENCIO-BURRUEL,                        Case Number:  08MJ8591

             Defendant.


To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      RAUL VILLAVICENCIO-BURRUEL


      I certify that I am admitted to practice in this court.


| | |
|---|---|
| 7/8/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |

| | |
|---|---|
| Shaffy Moeel / Federal Defenders of SD | 238732 |
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| | | |
|---|---|---|
| San Diego, | CA | 92101 |
| City | State | Zip Code |

| | |
|---|---|
| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 8, 2008

_____/s/ Shaffy Moeel_____
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org